| U.S. Department of Justice<br>United States Marshals Service | PROCESS RECEIPT AND RETURN<br>See "Instructions for Service of Process by U.S. Marshal" | |
|---|---|---|
| PLAINTIFF<br>RESCAP Securities Holdings Co. | COURT CASE NUMBER<br>13CV40076/11CV12111 (consolidated) | |
| DEFENDANT<br>Allison L. Randle and Ara Eresian, Jr. | TYPE OF PROCESS<br>Service of 48-Hour Notice | |

FILED IN CLERK'S OFFICE
2017 SEP 22 P 2:30
U.S. DISTRICT COURT

RECEIVED
2017 SEP 18 AM 10:51
US MARSHALS SERVICE
WORCESTER, MA

| SERVE AT | NAME OF INDIVIDUAL, COMPANY, CORPORATION. ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN<br>Ara Eresian, Jr.; ~~Allison Randle~~/83-85 Whitney Street, Unit 83, Northborough, Worcester County, Massachusetts | | |
|---|---|---|---|
| | ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)<br>83-85 Whitney Street, Unit 83, Northborough, Worcester County, Massachusetts | | |

| SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW | Number of process to be served with this Form 285 | 1 |
|---|---|---|
| Justin M. Fabella, Esq.<br>Hinshaw & Culbertson LLP<br>28 State Street, 24th Floor<br>Boston, MA 02109 | Number of parties to be served in this case | 2 |
| | Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):

This form is for the service of a 48-Hour Notice of Service or Levy of Writ of Assistance, to be served by no later than 9/20/17 at 9:00 a.m. We will coordinate with the licensed and bonded warehouser and a locksmith to arrive at the date and time of the eviction. Please contact Justin M. Fabella at 617-213-7000/jfabella@hinshawlaw.com or Jordan S. O'Donnell at 617-213-7000/jodonnell@hinshawlaw.com with any questions.

| Signature of Attorney other Originator requesting service on behalf of: | ☒ PLAINTIFF<br>☐ DEFENDANT | TELEPHONE NUMBER<br>617-213-7021 | DATE<br>9/15/17 |
|---|---|---|---|

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY-- DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated.<br>(Sign only for USM 285 if more than one USM 285 is submitted) | Total Process | District of Origin<br>No. C38 | District to Serve<br>No. C38 | Signature of Authorized USMS Deputy or Clerk<br>KRWils 4575 | Date<br>9/15/17 by email |
|---|---|---|---|---|---|

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☒ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (See remarks below)

| Name and title of individual served (if not shown above) | ☐ A person of suitable age and discretion then residing in defendant's usual place of abode | |
|---|---|---|
| Address (complete only if different than shown above) | Date<br>9/19/17 | Time<br>0845 ☒ am ☐ pm |
| | Signature of U.S. Marshal or Deputy<br>KRWils 4575 | |

| Service Fee<br>130— | Total Mileage Charges including endeavors<br>23.76 | Forwarding Fee<br>— | Total Charges<br>153.76 | Advance Deposits<br>1749.40 | Amount owed to U.S. Marshal* or (Amount of Refund*)<br>$0.00 N/A |
|---|---|---|---|---|---|

REMARKS: 22 mi R/t x 2 DUSMs — 44mi total    property posted
2 DUSMs x 1 hr — 2 hr    on front door.
ATTN: Eresian

DISTRIBUTE TO: 1. CLERK OF THE COURT
2. USMS RECORD
3. NOTICE OF SERVICE
4. BILLING STATEMENT*: To be returned to the U.S. Marshal with payment, if any amount is owed. Please remit promptly payable to U.S. Marshal.
5. ACKNOWLEDGMENT OF RECEIPT

PRIOR EDITIONS MAY BE USED

Form USM-285
Rev. 11/13

## 48-HOUR NOTICE OF SERVICE OR LEVY OF WRIT OF ASSISTANCE
### Massachusetts General Laws Chapter 239, Section 3

To:   Ara Eresian, Jr. (defendant)

I, **K. Wilson**, United States Deputy Marshal for the District of Massachusetts, pursuant to Massachusetts General Laws Chapter 239, Section 3, hereby notify **83-85 Whitney Street, Unit 83, Northborough, Worcester County, Massachusetts** (the "Premises") that on **September 22, 2017, at 9:00 a.m.**, the United States Marshals Service for the District of Massachusetts will serve or levy upon the Writ of Execution on Second Amended Judgment dated June 30, 2017, issued by the United States District Court for the District of Massachusetts in the matter of RESCAP Securities Holdings Co., as successor-in-interest of Residential Funding Company, LLC, f/k/a Residential Funding Corporation v. Allison L. Randle and Ara Eresian, Jr., Docket No. 11-cv-12111-RWZ, consolidated with El Dorado Canyon Properties, LLC, v. GMAC Mortgage, LLC and GMAC Mortgage Corporation, Docket No. 13-cv-40076-TSH, and that at that time I will physically remove Ara Eresian, Jr., and his personal possessions from the Premises if he has not, prior to that time, vacated the Premises voluntarily.

I will place any personal property remaining on the Premises at the time the Writ of Execution on Second Amended Judgment is levied in storage at the following licensed public warehouse:

Town to Town Movers
170 Chandler Street
Worcester, MA 01609
(508) 755-1425

The storage rates of the warehouser, Town to Town Movers, may be ascertained by contacting the Massachusetts Commissioner of Public Safety at:

One Ashburton Place, Room 1301
Boston, Massachusetts 02108
(617) 727-2300

The warehouser, Town to Town Movers, may sell at auction any property that is unclaimed after six (6) months and may retain that portion of the proceeds necessary to compensate the warehouser for any unpaid storage fees accrued as of the date of the auction, except that the warehouser: 1) shall not impose charges for storage in excess of the rates it has filed with and which have not been rejected by the commissioner of public safety at the time of service of this notice; 2) shall not impose charges for storage pursuant to Massachusetts General Laws Chapter 239, Section 4 in excess of the fair market rates for storage facilities of similar quality in the warehouse's general locale; 3) shall not impose charges other than those for the actual storage of goods pursuant to Massachusetts General Laws Chapter 239, Section 4, including, but not limited to, docking fees, warehouse labor fees, administrative fees, or other similar fees imposed in addition to the storage rates listed with the commissioner of public safety; 4) shall not impose minimum fees or otherwise charge storage fees for any period other than the period of actual

storage; and 5) shall credit Ara Eresian, Jr., or other third party in connection with the storage of the property in question.

Ara Eresian, Jr., should notify the warehouser, Town to Town Movers, in writing at the business address listed above of any change in his mailing address.

United States Marshal – District of Massachusetts
By:

*KRwils4575 9/19/17*

Katherine Wilson
United States Deputy Marshal
U.S. Marshals Service – District of Massachusetts
John Joseph Moakley Courthouse
1 Courthouse Way, Suite 1-500
Boston, MA 02210
(617) 748-2500

## RETURN OF SERVICE

I __K.R. Wilson__ hereby certify that on __9/19/17__ (date) at __845 am__ (time) service of the above 48-Hour Notice of Service or Levy of Writ of Assistance was effectuated by me upon _____:

____ delivery of the Notice to _____; or

__X__ posting the Notice at the property located at __83-85 Whitney St. #83 Northborough, MA__

I declare under penalty of perjury that the foregoing information contained in this Return of Service is true and correct.

Date: __Kathr R. Wils 9/19/17__